UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
SEP 22 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                      INDICTMENT NO.: 6:21-CR-60-REW

ANDREW R. OLIVER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about February 2, 2021, in Knott County and Perry County, and elsewhere, in the Eastern District of Kentucky,

**ANDREW R. OLIVER**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about February 2, 2021, in Knott County and Perry County, and elsewhere, in the Eastern District of Kentucky,

**ANDREW R. OLIVER,**

knowing he had previously been convicted in a court of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a loaded Taurus PT145 PRO .45 caliber handgun, with a silver slide and black body, bearing serial number NWD54991, and the firearm was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

In committing the felony offense alleged in Count 2 of this Indictment, the below-listed firearm and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

In committing the offense alleged in Count 1, punishable by imprisonment for more than one year, **ANDREW R. OLIVER** used and intended to use the below-described property to commit and facilitate the said controlled substance violation and the below described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 841(a)(1), including, but not limited to, the following:

**FIREARM AND AMMUNITION**

1. Taurus .45 caliber handgun, with a silver slide and black body, bearing serial number NWD54991, seized from **ANDREW R. OLIVER** on February 2 and 10, 2021; and

2. Assorted ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **ANDREW R. OLIVER** has in the above-described property is vested in and

forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

A TRUE BILL

███████████████

FOREPERSON

*[signature]*

**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT 1:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior drug felony conviction:**
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 2:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed assets.